Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Kevin L. Jones (State Bar No. 324068)
kjones@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for PRIME NOW LLC, a
Delaware limited liability company;
AMAZON.COM LLC, a Delaware
Limited Liability Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAU TRAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PRIME NOW LLC, a Delaware limited liability company; AMAZON.COM LLC, a Delaware Limited Liability Company, and DOES 1-50 inclusive,<br><br>Defendants. | Case No. 2:21-cv-5712<br><br>**DEFENDANTS PRIME NOW LLC AND AMAZON.COM LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF MAU TRAN:

PLEASE TAKE NOTICE that Defendants PRIME NOW LLC ("Prime Now") and AMAZON.COM LLC ("Amazon" and collectively "Defendants"), pursuant to 28 U.S.C. § 1441, hereby remove the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Los Angeles.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS PRIME NOW LLC AND AMAZON.COM LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

40585\14220057.3

## I. FACTUAL AND PROCEDURAL BACKGROUND

On May 28, 2021, Plaintiff MAU TRAN ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Los Angeles, entitled *Mau Tran v. Prime Now LLC, et al.,* Case No. 21 DCV CI 0777. A true and correct copy of the Complaint, together with its Civil Case Cover Sheet, is attached at **Exhibit A** (hereinafter the "Complaint").

In his Complaint, Plaintiff alleges eight causes of action against Amazon.com LLC and Prime Now LLC: (1) Violation of Bus. & Prof. § 17200; (2) Unlawful Retaliation; (3) Wrongful Termination in Violation of Public Policy; (4) Race Harassment (FEHA); (5) Age Harassment (FEHA); (6) Race Discrimination (FEHA); (7) Age Discrimination (FEHA); (8) Retaliation (FEHA). *See* **Exh. A** at 1–2. Plaintiff seeks general damages, special damages, compensatory damages, punitive damages, attorneys' fees, statutory and civil penalties, prejudgment interest, injunctive relief, and costs of suit. *See* **Exh. A** at 17.

On June 14, 2020, Defendants were served with Plaintiff's Complaint. On July 14, 2021, Defendants answered Plaintiff's Complaint in state court. *See* **Exhibit B** (Prime Now LLC and Amazon.com LLC's Answer to Plaintiff Mau Tran's Unverified Complaint).

## II. THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." *See* 28 U.S. §1446(b)(2)(B).

## III. THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]"). First, Plaintiff and Amazon are citizens of different states. Plaintiff's

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)

2

40585\14220057.3

Complaint alleges that he resides in the state of California and has lived in California at all relevant times. *See* **Exh. A** at ¶ 2.

Neither Prime Now LLC nor Amazon.com LLC are citizens of California. For purposes of diversity jurisdiction, "a limited liability corporation is a citizen of all of the states of which its owners/members are citizens." *Lindley Contours LLC v. AABB Fitness Holdings, Inc.*, 414 F. App'x 62, 64 (9th Cir. 2011) (citation omitted).

At all times relevant to this action, Prime Now LLC has been a citizen of Washington and Delaware (but not California). Prime Now LLC's sole member and owner is PNF Enterprises, LLC, which is a wholly owned subsidiary of PNF Properties LLC. PNF Properties, LLC is a wholly owned subsidiary of PNF US LLC, which is a wholly owned subsidiary of Amazon.com Services, Inc., which is a wholly owned subsidiary of Amazon.com, Inc. None of these entities are incorporated under the laws of the State of California, nor do any of them have a principal place of business in California.[1]

At all times relevant to this action, Amazon.com LLC has been a citizen of Washington and Delaware (but not California). Amazon.com LLC was a Delaware limited liability company, but merged into Amazon Fulfillment Services, Inc. on January 1, 2018. Amazon Fulfillment Services, Inc. later changed its name to Amazon.com Services, Inc. Amazon.com Services, Inc. converted to Amazon.com Services LLC on December 31, 2019. The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Washington. Thus, diversity of citizenship exists.

In addition, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks general damages,

---

[1] Amazon.com Services, Inc. and Amazon.com, Inc. are both corporations incorporated in the State of Delaware with their principal place of business in Seattle, Washington.

special damages, punitive damages, attorney's fees, and more. *See* **Exh. A** at 17. California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Rodriguez v. Home Depot, U.S.A., Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838, at *1 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorneys' fees and costs); *Castanon v. Int'l Paper Co.*, No. 2:15-CV-08362-ODW (JC), 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress and punitive damages, and attorneys' fees); *Simmons v. PCR Tech.*, 209 F. Supp. 2d 1029, 1032, 1035 (N.D. Cal. 2002) (amount-in-controversy requirement satisfied in employment discrimination case seeking compensatory damages, punitive damages, emotional distress damages, injunctive relief, and attorneys' fees). Thus, removal is proper based on this Court's diversity jurisdiction.

## IV.   VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Los Angeles, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

/ / /

/ / /

/ / /

/ / /

/ / /

## V. NOTICE OF REMOVAL

Amazon will promptly serve this Notice of Removal upon Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles.

Dated: July 14, 2021　　　　　　FARELLA BRAUN + MARTEL LLP

　　　　　　　　　　　　　　　By:　*/s/ Rebecca H. Stevens*
　　　　　　　　　　　　　　　　　Rebecca H. Stephens

Attorneys for PRIME NOW LLC, a Delaware limited liability company; AMAZON.COM LLC, a Delaware Limited Liability Company

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 235 Montgomery Street, 17th Floor, San Francisco, CA 94104.

On July 14, 2021, I served true copies of the following document(s) described as **DEFENDANTS PRIME NOW LLC AND AMAZON.COM LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)** on the interested parties in this action as follows:

Douglas H. Hoang
**K2 EMPLOYMENT LAW LLP**
11751 Zelzah Avenue
Granada Hills, CA  91344
Telephone:  800-590-7674

*Attorneys for Plaintiff MAU TRAN*

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Farella Braun + Martel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

**Courtesy copy BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address grenteria@fbm.com to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Samantha Swanson
sswanson@k2employmentlaw.com.
**K2 EMPLOYMENT LAW  LLP**
11751 Zelzah Avenue
Granada Hills, CA  91344

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 14, 2021, at San Francisco, California.

*Gina C. Renteria*
Gina C. Renteria

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

40585\14223439.1